## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs. Case No. 8: 05-cr-197-T-30MAP

**CHRISTOPHER A. SHEPHERD**
_____/

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

The Court modifies the conditions of the Defendant's supervised release. The Defendant shall serve ONE (1) MONTH of home confinement/detention. The Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Additionally, the Defendant shall perform forty (40) hours of community service as approved by the Probation Officer.

The Defendant must maintain employment. The Court requests that the Probation Officer file a petition if the defendant does not remain employed. All other terms and conditions of supervised release previously imposed by the Court shall remain in effect.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record
U. S. Probation

S:\Odd\2005\05-cr-197.modify.Shepherd.wpd