# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| V. | |
| CHRISTOPHER SHEPHERD | Case Number: 8:05-cr-197-T-30MAP  USM Number: 42868-018 |
| | Howard Anderson, pda. Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) TWO, FIVE, SIX and SEVEN of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation |
|---|---|
| TWO | New criminal conduct, Grand Theft Auto, occurring on June 30, 2008, while on supervision in violation of the standard conditions of Supervision |
| FIVE | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision |
| SIX | Failure to complete Community Service in violation of the Special Conditions of Supervision |
| SEVEN | Failure to notify the Probation Officer within 72 hours of being arrested or questioned by law enforcement officer in violation of Condition Eleven of the Standard Conditions of Supervision |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) ONE, THREE and FOUR and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 16, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

17 June 2009
Date

DEFENDANT: CHRISTOPHER SHEPHERD
CASE NUMBER: 8:05-cr-197-T-30MAP

Judgment - Page  2  of  2

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHT (8) MONTHS. The defendant shall receive credit for time served while being held under the federal hold. This credit does not include time that he served for his state sentence. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number(s) 08-3765CF, 08-3746CF and 08-3747CF, Circuit Court for Pasco County.**

**Upon service of the sentence herein, the Defendant shall be discharged from further jurisdiction of the Court in this case.**

____ The Court makes the following recommendations to the Bureau of Prisons:

____ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.  p.m. on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL